GRIFFIS, P.J.,
SPECIALLY CONCURRING:
¶ 14. I concur with the majority’s decision in this case. I write separately because I disagree with using the “thirteenth juror” rationale in the standard of review. My rationale was recently detailed in Little v. State, — So.3d -, -, 2016 WL 6876506, at *3-7 (¶¶ 14-18) (Miss. Ct. App. 2016) (Griffis, P.J., dissenting), and I quoted extensively from Hughes v. State, 43 So.3d 526, 530-33 (¶¶ 17-25) (Miss. Ct. App. 2010) (Roberts, J., specially concurring). I see no reason to add to those opinions, and I believe this Court should omit the reference to the “thirteenth juror.”
FAIR, J., JOINS THIS OPINION.